UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

        -against-

TOWN OF BEEKMAN,

                Defendant.

26-CV-1816 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

It is hereby ORDERED that all parties appear for a conference with the Court on **May 1, 2026, at 2:30 p.m.** The conference will be held remotely via Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 461659944#. The parties should be prepared to discuss a briefing schedule for the preliminary injunction motion filed at ECF No. 7, whether an evidentiary hearing is necessary, and whether the parties are interested in exploring a potential resolution of this motion in lieu of further briefing.

Dated: April 28, 2026
       New York, New York

                                  SO ORDERED.

                                  *Jessica Clarke*

                                  JESSICA G. L. CLARKE
                                  United States District Judge