UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

        -against-

TOWN OF BEEKMAN,

                Defendant.

26-CV-1816 (JGLC)

**AMENDED ORDER**

JESSICA G. L. CLARKE, United States District Judge:

It is hereby ORDERED that all parties appear for a conference with the Court on **May 4, 2026, at 11:00 a.m.** The conference will be held remotely via Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 461659944#. The parties should be prepared to discuss a briefing schedule for the preliminary injunction motion filed at ECF No. 7, whether an evidentiary hearing is necessary, and whether the parties are interested in exploring a potential resolution of this motion in lieu of further briefing.

Plaintiff's counsel is further DIRECTED to (1) notify Defendant's counsel by serving upon them a copy of this Order and the Court's Individual Rules and Practices forthwith, and (2) file proof of such notice with the Court no later than **April 29, 2026.**

Dated:  April 28, 2026
         White Plains, New York

                           SO ORDERED.

                           JESSICA G. L. CLARKE
                           United States District Judge