**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 28, 2026

**BY ECF**
Hon. Jessica G.L. Clarke
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v. Town of Beekman*, 26 Civ. 1816 (JGLC)

Dear Judge Clarke:

This Office represents the United States of America (the "Government") in the above-referenced action under the Fair Housing Act, 42 U.S.C. § 3601 *et seq*. Pursuant to the Court's Amended Order of April 28, 2026, setting a conference in this matter, please find attached a printout of the electronic mail that served upon counsel for the Town of Beekman a copy of the Amended Order and the Court's Individual Rules and Practices.

Thank you for your consideration of this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: __*/s/ David J. Kennedy*________________
DAVID J. KENNEDY
Assistant United States Attorney
Telephone: (212) 637-2733
Email: David.kennedy2@usdoj.gov

Cc: All counsel by ECF

**Kennedy, David (USANYS)**

| | |
|---|---|
| **From:** | Kennedy, David (USANYS) |
| **Sent:** | Tuesday, April 28, 2026 3:46 PM |
| **To:** | Michael Towey; Robert Spolzino |
| **Cc:** | Onozawa, Tomoko (USANYS) |
| **Subject:** | FW: Activity in Case 7:26-cv-01816-JGLC-AEK United States of America v. Town of Beekman Order |
| **Attachments:** | JGLC Clarke Individual Rules and Practices in Civil Cases 1.9.26 FINAL.pdf; Amended Order for 5 4 26.pdf |

Counsel,

Pursuant to the Court's Order (see below), I am serving you by this email with a copy of the Amended Order of April 28, 2026, and a copy of the Court's Individual Rules and Practices.

David J. Kennedy
Chief, Civil Rights Unit
U.S. Attorney's Office, Southern District of New York
86 Chambers Street, 3rd Floor
New York NY 10007
(212) 637-2733
Please let me know if you need an accommodation.

---

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Tuesday, April 28, 2026 3:35 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 7:26-cv-01816-JGLC-AEK United States of America v. Town of Beekman Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.**

**U.S. District Court**

**Southern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 4/28/2026 at 3:34 PM EDT and filed on 4/28/2026
**Case Name:** United States of America v. Town of Beekman

**Case Number:** 7:26-cv-01816-JGLC-AEK
**Filer:**
**Document Number:** 13

**Docket Text:**
**AMENDED ORDER re: [7] It is hereby ORDERED that all parties appear for a conference with the Court on May 4, 2026, at 11:00 a.m. The conference will be held remotely via Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 461659944#. Plaintiff's counsel is further DIRECTED to (1) notify Defendant's counsel by serving upon them a copy of this Order and the Court's Individual Rules and Practices forthwith, and (2) file proof of such notice with the Court no later than April 29, 2026. ( Status Conference set for 5/4/2026 at 11:00 AM in telephone or video conference before Judge Jessica G. L. Clarke.) (Signed by Judge Jessica G. L. Clarke on 04/28/2026) (stt)**

**7:26-cv-01816-JGLC-AEK Notice has been electronically mailed to:**

David J Kennedy david.kennedy2@usdoj.gov, CaseView.ECF@usdoj.gov, USANYS.ECF@USDOJ.GOV

**7:26-cv-01816-JGLC-AEK Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=4/28/2026] [FileNumber=34699356-0] [378aedad72b96d9a88cccd413b86b2a37a592689cb6597657eb239cdd7c557ab68d916600c1918118c6a9be5bb1b15d2bd539cb61f9c98bfb9d96d55ac9d8cf4]]