

**White Plains**
81 Main Street, Suite 400
White Plains, NY 10601
914.607.7010 | **P**

ATTORNEYS AT LAW

**Long Island · Brooklyn · White Plains · Rochester · Albany**

April 28, 2026

## MEMO ENDORSED

*By ECF*

Hon. Jessica G.L. Clarke
United States District Judge
United States District Court
Southern District of New York
Charles L. Brieant, Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    RE:  *United States of America v. Town of Beekman*, 26-cv-1816 (JGLC)

Dear Judge Clarke:

    We represent the defendant in this action. I write with the consent of Assistant United Staes Attorney David Kennedy to request that the conference the Court has scheduled for Monday, May 4, 2026, at 11:00 a.m., be adjourned either to the afternoon of Monday, May 4, 2026, or the afternoon of Tuesday, May 5, 2026. I am engaged on Monday morning arguing an appeal in the Appellate Division, Second Department, and I am required to attend a conference in Surrogate's Court, Rockland County, on Tuesday morning.

    Thank you for your kind consideration of this request. A proposed amended civil case management plan and scheduling order is attached.

Respectfully yours,

Robert A. Spolzino

IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for May 4, 2026, at 11:00 a.m., is RESCHEDULED for May 4, 2026, at 2:30 p.m.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge
Dated: April 28, 2026
    White Plains, New York