UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          -against-<br><br>TOWN OF BEEKMAN,<br><br>                    Defendant. | 26-CV-1816 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On May 4, 2026, the Court held a scheduling conference regarding Plaintiff's Motion for Preliminary Injunction to discuss the possibility of a resolution of this motion, an evidentiary hearing, and to set the following briefing schedule in the above-referenced matter: Defendant is directed to file an opposition to Plaintiff's preliminary injunction motion, ECF No. 7, and to respond to Plaintiff's complaint no later than **June 2, 2026.** Plaintiff's reply and opposition to Defendant's responsive motion is due one week later, by **June 9, 2026.** Defendant's reply to Plaintiff's opposition is due **June 16, 2026.**

Additionally, the Court grants initial discovery related to Plaintiff's preliminary injunction motion. All discovery related to this motion shall be completed by **August 22, 2026.** The parties shall confer and set interim discovery deadlines regarding interrogatories and document requests and responses in order to meet this deadline, allowing time for the parties to confer regarding any deficiencies. Any depositions scheduled during this time are limited to four hours each.

On **September 22, 2026**, at **11:00 a.m.**, all parties shall appear for an evidentiary hearing before the Court in Courtroom 320 of the Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150.

The Court will also refer the parties to mediation by separate order.

Dated:  May 4, 2026
       White Plains, New York

                              SO ORDERED.

                              _____

                              JESSICA G. L. CLARKE
                              United States District Judge