UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

UNITED STATES OF AMERICA,

                  Plaintiff,               **ORDER**

        -against-                26 Civ. 1816 (JGLC) (AEK)

TOWN OF BEEKMAN,

                 Defendant.
--------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      Per ECF No. 6, this matter is referred to the undersigned for general pretrial supervision. Even though Plaintiff's motion for a preliminary injunction will be adjudicated by Judge Clarke, the undersigned will be responsible for overseeing the initial discovery that Judge Clarke has authorized for the preliminary injunction phase of the case. Judge Clarke's May 4, 2026 order directed the parties to "confer and set interim discovery deadlines regarding interrogatories and document requests and responses in order to meet" the August 22, 2026 deadline for competition of such initial discovery. By May 18, 2026, the parties must submit a joint status letter to this Court setting forth the agreed-upon deadlines, or any disputes regarding the deadlines. This Court will then either schedule a status conference or set a deadline for another status report.

Dated:  May 11, 2026
       White Plains, New York

                               **SO ORDERED.**

                             _____
                             ANDREW E. KRAUSE
                             United States Magistrate Judge