UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-against-

TOWN OF BEEKMAN,

Defendant.

26-CV-1816 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court has currently scheduled a hearing with all parties on September 22, 2026. *See* ECF No. 17. Due to a scheduling conflict, the Court is planning to move that hearing. Therefore, in a joint letter by August 24, 2026, the parties are directed to provide their availability for a hearing during the weeks of October 5 and October 12, 2026.

Dated: August 14, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge